1
2
3
4
5
6
7
8

9       IN THE UNITED STATES DISTRICT COURT

10       FOR THE EASTERN DISTRICT OF CALIFORNIA

11  COLLIE GEORGE DOWNER,

12          Petitioner,                    No. 2:09-cv-1491 JFM (HC)

13      vs.

14  M. CRAMER, Warden,

15          Respondent.                    ORDER

16  _____/

17          Petitioner is incarcerated in Tutwiler, Missouri and was convicted in San

18  Francisco County. San Francisco County is in an area embraced by the United States District

19  Court for the Northern District of California. Accordingly, on June 5, 2009, the instant action

20  was transferred to the Northern District of California.

21          However, on June 15, 2009, petitioner filed a request for this case to remain in the

22  Eastern District of California. A review of court records reflects that petitioner's previous habeas

23  petition,[1] based on the same conviction as challenged herein, was transferred to the Eastern

24  District of California because the victim was related to a long-time employee of the Northern

25  _____

26      [1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1  District of California.² Good cause appearing, petitioner's motion should be granted. Moreover,
2  pursuant to Local Rule 81-190(d), the above-captioned action should be reassigned to the
3  Magistrate Judge who considered the prior petition.
4      The parties should be aware that reassigning this action under Local Rule 81-
5  190(d) merely has the result that the action is assigned to the Magistrate Judge who considered
6  the prior petition; no consolidation of the actions is effected.
7      Accordingly, IT IS HEREBY ORDERED that:
8      1. Petitioner's June 15, 2009 request is granted;
9      2. The June 5, 2009 order transferring this action to the Northern District of
10 California is vacated, and this action is reopened;
11     3. The Clerk of Court is directed to serve a copy of this order on the Northern
12 District of California, Case No. 3:09-cv-2622;
13     4. This action is reassigned to Magistrate Judge Craig M. Kellison for all further
14 proceedings; henceforth, the caption on documents filed in this action shall be shown as No.
15 2:09-cv-1491 CMK; and
16     5. The Clerk of the Court shall make appropriate adjustment in the assignment of
17 civil cases to compensate for this reassignment.
18 DATED: June 23, 2009.

UNITED STATES MAGISTRATE JUDGE

001/down1491.tf

---

² The earlier filing, 06cv1479 JKS CMK, was dismissed without prejudice because it was prematurely brought, and does not render the instant filing successive.