IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLLIE GEORGE DOWNER,                     No C-09-4582 VRW (PR)

      Petitioner,

    v                                         ORDER OF TRANSFER

M CRAMER, Warden,

      Respondent.
                                   /

        Petitioner seeks federal habeas review of a conviction from San Francisco County superior court, which lies within the venue of this court.  See 28 USC § 84(a).  Petitioner is incarcerated at Folsom State Prison in the County of Sacramento, which lies within the venue of the Eastern District of California. See id § 84(b).

        Although venue is proper in a habeas action in either the district of confinement or the district of conviction, see id § 2241(d), petitions challenging a conviction preferably are heard in the district of conviction, see Habeas LR 2254-3(a); Dannenberg v Ingle, 831 F Supp 767 (ND Cal 1993).  In the instant action,

1  however, transfer to the district of confinement is in order because
2  the crimes at issue involve the family of a long-term employee of
3  this court.  See <u>Downer v. Cramer</u>, No C-06-3837-VRW (PR) (ND Cal
4  filed June 26, 2006), Doc #7 (order transferring case to the United
5  States District Court of the Eastern District of California).
6         In the interest of justice, and pursuant to 28 USC §
7  1406(a), this petition shall be TRANSFERRED to the United States
8  District Court for the Eastern District of California.
9         The clerk shall transfer this matter and terminate all
10 pending motions as moot.

13         IT IS SO ORDERED.

                                    _____
                                    **VAUGHN R WALKER**
                                    **United States District Chief Judge**

26 G:\PRO-SE\VRW\HC.09\Downer-09-4852-transfer-caed.wpd

**2**